July 24, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

SEMPRA ENERGY TRADING, LLC, Appellant

NO. 14-13-00206-CV                              V.

RICHARD HOLMES, Appellee

_____

 This cause, an appeal from the judgment in favor of appellee, Richard Holmes, signed December 17, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

 We order appellant, Sempra Energy Trading, LLC, to pay all costs incurred in this appeal.

 We further order this decision certified below for observance.